200 So.2d 667

**STATE of Louisiana**

**v.**

**Loyal ZEIGLER.**

**No. 48814.**

June 30, 1967.

In re: Loyal Zeigler applying for writs of certiorari and review.

Writs refused. The showing made does not warrant the exercise of our jurisdiction.

200 So.2d 667

**Reverend Baxter POND et al.**

**v.**

**Samuel Levi CAMPBELL et al.**

**No. 48800.**

June 30, 1967.

In re: Reverend Baxter Pond and his wife, Ruby Pond, applying for certiorari,

or writ of review to the Court of Appeal, First Circuit, Parish of Tangipahoa. 198 So.2d 700.

Writ granted, but limited to a consideration of assignmnt of error No. 1, relating to the liability of the husband. In all other respects the application is refused.